UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re:<br><br>David S. Osgood<br>Elaine L. Osgood<br><br>**Debtors** | Chapter 12<br><br>Case No. 13-10635 |
|---|---|

## MOTION TO ALLOW & DISALLOW CLAIMS AND TO MODIFY PLAN AND OBJECTIONS TO CLAIMS

NOW COME David S. and Elaine L. Osgood, (hereafter "Debtor"), by and through counsel, and move to allow creditor claims, modify plan, and objects to creditor claims, as follows:

**I. ALLOWANCE OF CLAIMS.** The Debtor moves to allow creditor claims as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 502.

**II. OBJECTIONS TO CLAIMS.** The Debtor objects to creditor claims as follows:

| Claim # | Creditor | Disposition |
|---|---|---|
| 8 | Sallie Mae | **General unsecured claim; Co-Debtor is paying student loan claim directly outside of plan; Claim should be allowed with no disbursements to be paid through the plan.** |
| 13 | Nelnet | **General unsecured claim; Co-Debtor is paying student loan claim directly outside of plan; Claim should be allowed with no disbursements to be paid through the plan.** |
| 17 | Sallie Mae | **General unsecured claim; Claim was filed after the bar date; Claim should be disallowed.** |

Page 1

**III.  MODIFICATION OF CONFIRMED PLAN.**  The Debtor moves to modify the confirmed plan as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 1229.  If the plan was confirmed on an interim basis, then the Debtor also moves for final confirmation of the plan, as amended.  One purpose of the proposed modification is to accommodate the allowance of claims proposed by the Debtor.  The Debtor's other reasons for modifying the plan, if any, are as follows:

*To cure plan arrears and provide for adequate funds for monthly disbursement to secured creditors.*

WHEREFORE, the Debtor requests that this Court allow creditor claims, modify the plan and sustain the Debtor's objections to creditor claims, as provided above and in the proposed order attach to or otherwise filed with this motion, together with such other relief as this Court finds just and reasonable.

Submitted:

Date:   December 9, 2014         */s/ James F. Molleur*
                                 James F. Molleur, Esq.
                                 Attorney for Debtor(s)
                                 Molleur Law Office
                                 419 Alfred Street
                                 Biddeford, Maine 04005-3747
                                 207-283-3777
                                 jim@molleurlaw.com

Date: December 9, 2014           */s/ David S. Osgood*
                                 David S. Osgood, Debtor

Date: December 9, 2014           */s/ Elaine L. Osgood*
                                 Elaine L. Osgood, Debtor